**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ERIK ANGULO | CIVIL ACTION NO. 15-2626 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| READY DECKS OF LOUISIANA, LLC | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Dismiss or, Alternatively, for More Definite Statement or, Alternatively, Summary Judgment (Record Document 16) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 7th day of August, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE